treatise on the principles and practice of the Court, (2 *Maddock*, 202.) that after suit commenced, but before, in the regular course of proceedings, the witnesses can be examined, if their testimony is likely to be lost, the Court will grant a commission to examine such witnesses *de bene esse*.

Every motion of this kind must be supported by affidavit, disclosing sufficient reasons arising out of the necessity of the case. This has been done in the present instance; and I am, accordingly, of opinion, that the motion ought to be granted.

Motion granted.

1816.

BRADY
v.
WALDRON.

## *BRADY *against* WALDRON and WALDRON.

[ * 148 ]

An injunction lies against a mortgagor, in possession of the mortgaged premises, to stay waste.

THE bill was filed by the plaintiff, a mortgagee, for an injunction to stay waste in cutting timber on the mortgaged premises, whereby the land would become an insufficient security for the debt. There was no suit pending for a foreclosure.

THE CHANCELLOR. An injunction lies against a mortgagor in possession to stay waste. The Court will not suffer him to prejudice the security. (*Dick. Rep.* 75. 3 *Atk.* 210. 237. 3 *Vesey*, 105.)

Injunction granted.

*June* 15th.

117